Vladimir Ginzburg, Plaintiff-Appellant,
against
Al Italia Airlines, Defendant-Respondent.



Plaintiff appeals from a judgment of the Small Claims Part of the Civil Court of the City of New York, New York County (Shlomo S. Hagler, J.), entered on or about February 15, 2007, after trial, in favor of defendant dismissing the action.




Per Curiam.
Judgment (Shlomo S. Hagler, J.), entered on or about February 15, 2007, affirmed, without costs.
A judgment rendered in the Small Claims Part of the Civil Court will be sustained on appeal unless it is shown that "substantial justice has not been done between the parties according to the rules and principles of substantive law" (CCA 1807; see Williams v Roper, 269 AD2d 125 [2000], lv dismissed 95 NY2d 898 [2000]). Applying that limited review standard here, and giving due deference to the trial court's express factual findings that plaintiff missed his scheduled flight to Europe through his fault alone, and that defendant airline was neither the issuing agent nor the operating airline, we find no basis to substitute our judgment for that of the court in dismissing the action after a thorough trial. As the court noted, plaintiff previously settled claims against both the issuing agent and the operating carrier, and obtained damages well in excess of the cost of the tickets. 
We have considered and rejected plaintiff's remaining arguments.
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: May 25, 2016